## AFFIDAVIT IN SUPPORT OF
## A CRIMINAL COMPLAINT AND AN ARREST WARRANT

I, Evan R. Kalaher, being sworn, state:

### Introduction and Agent Background

1.      I have been a Special Agent with the United States Federal Bureau of Investigation ("FBI") since January 2018.  As an FBI Special Agent, I am authorized to investigate violations of the laws of the United States, including violations of the federal drug laws in Title 21 and the immigration laws in Title 8 of the United States Code.

1.      I am currently assigned to the Boston Field Office, Organized Crime Drug Enforcement Task Force ("OCDETF").  My responsibilities include the investigation of possible violations of federal law, including major drug trafficking organizations and money laundering organizations related to criminal enterprises.  In addition to my 21 weeks of basic investigative training at the FBI Academy in Quantico, Virginia, I have received training and gained experience related to a variety of criminal activities.  My investigations have included the use of surveillance techniques and the execution of search, seizure, and arrest warrants.  I have participated in various aspects of narcotics investigations, including controlled and undercover purchases.  I have also participated in joint investigations with the Drug Enforcement Administration ("DEA"), and numerous state and local agencies.  I have debriefed numerous informants and witnesses who have had personal knowledge about drug activities and the operation of drug trafficking organizations.  I have sworn out affidavits in support of search warrants, arrest warrants, and other Court applications.  A number of those investigations resulted in arrests, indictments, and convictions for violations of drug laws and/or other criminal offenses, the seizure of drugs, money, and vehicles, and the forfeiture of personal property.

2.      Among other duties, I have been involved in investigations involving persons who have illegally reentered the United States after having been deported and other violations of the Immigration and Nationality Act. Additionally, I have been involved in investigations involving persons who have illegally obtained false identifications within the United States or its territories in order to appear to be a citizen and reside in the United States lawfully. I know that it is a violation of Title 8, United States Code, Section 1326 to reenter the United States after deportation without having received the express consent of the Secretary of the Department of Homeland Security after that date.

**Probable Cause for Complaint and Arrest Warrant**

3.      The information in this affidavit is based upon information from my investigation as well as information provided to me by other law enforcement agents and agencies, including a review of criminal history records and a review of Alien File ("A-File") Axxx-xxx-019 associated with Francisco Alberto MARTINEZ ("MARTINEZ") (DOB xx/xx/1970).

4.      This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging MARTINEZ with a violation of 8 U.S.C. § 1326, and as such, it does not necessarily contain every detail that I and other law enforcement officers have learned during the course of this investigation, but only facts sufficient to establish probable cause in support of a criminal complaint and an arrest warrant.

5.      Since approximately August 30, 2018, the Boston Division of the FBI's Organized Crime Drug Task Force has been engaged in an investigation of a suspected cocaine, heroin, and fentanyl source of supply distributing in Peabody, Massachusetts. During this investigation, the individual has been identified as Francisco MARTINEZ (also known as "Bolo"). On or about December 11, 2018, one of the investigators who participated in the 2009

2

federal drug conspiracy investigation and prosecution of MARTINEZ, *see* 09-CR-10350-WGY, was conducting surveillance in Peabody, Massachusetts, as a part of this investigation and observed MARTINEZ in a motor vehicle. That investigator recognized MARTINEZ as the same individual who was previously charged with and convicted of those federal drug conspiracy charges as Francisco MARTINEZ, a/k/a "Bolo."

6.      I have observed MARTINEZ in person while conducting surveillance and have reviewed photographs taken of him in the course of surveillance during the current investigation.

7.      On or about May 3, 2019, I reviewed the A-File associated with a male identified by the name Francisco Alberto MARTINEZ. The A-file shows, among other things, that MARTINEZ is a native and citizen of the Dominican Republic. I have also now reviewed the photographs in MARTINEZ's A-File and have compared them with my observations while conducting surveillance as well as with surveillance photographs taken in the course of this investigation. Based on my training, experience, and familiarity with this investigation, I believe that the individual depicted in Francisco Alberto MARTINEZ's A-File is the same individual I have observed on multiple occasions during the pendency of this investigation.

8.      The A-File associated with MARTINEZ shows that he first entered the United States on an unknown date, time, and location, without permission, parole, or inspection by an Immigration Official; that his status was adjusted to that of a Lawful Permanent Resident at or near Boston, Massachusetts, on or about December 19, 1996; and that, on or about April 14, 2011, MARTINEZ was convicted in the United States District Court, District of Massachusetts, for the offense of Conspiracy to Possess with Intent to Distribute Cocaine, in violation of Title 21, United States Code, Section 846, and was sentenced to 66 months imprisonment. Docket No. xx-CR-xxxx-xxx. The A-file also contains a Warrant of Removal/Deportation showing that

MARTINEZ was deported to the Dominican Republic on August 19, 2014. The A-file does not show that at any time since his removal on August 19, 2014, MARTINEZ has received the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States.

9.      Based on my training, experience, and familiarity with this investigation, I believe that the individual identified as Francisco Alberto MARTINEZ on the Warrant of Removal/Deportation is the same individual I have observed on multiple occasions during the pendency of this investigation.

10.     Finally, on or about November 24, 2018, a member of the Salem Police Department stopped a motor vehicle operated by MARTINEZ. MARTINEZ provided the officer with a Michigan driver's license bearing the name "Juan Carlos Martinez-Llanos" with date of birth of February 1, 1978. An NCIC return from the Michigan shows that his license was cancelled on or about October 3, 2018, because the application in support of that license was untrue or contained a false statement. I have reviewed the Michigan license in the name "Juan Carlos Martinez-Llanos" and the photograph associated with that license. Based on my training, experience, and familiarity with this investigation, I believe that the person depicted in that photograph is MARTINEZ.

### Request to Seal

11.     Because they reveal the existence of an ongoing investigation, I request that the application, complaint, arrest warrant, and this affidavit in support thereof be sealed until further order of the Court in order to avoid premature disclosure of the investigation, guard against the flight of fugitives, and better ensure the safety of agents and others, except that copies of the warrants in full or redacted form may be maintained by the United States Attorney's Office, and

may be served on Special Agents and other investigative and law enforcement officers of the

FBI, federally deputized state and local law enforcement officers, and other government and

contract personnel acting under the supervision of such investigative or law enforcement

officers, as necessary to effectuate the warrants

## Conclusion

12.    Based on the foregoing facts, there is probable cause to believe that Francisco

Alberto MARTINEZ, a native and citizen of the Dominican Republic, who was deported on

August 19, 2014, reentered the United States without receiving the express consent of the

Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1326.

Accordingly, I respectfully request that both a criminal complaint and an arrest warrant be

issued.  Furthermore, because disclosure of the contents of this application, complaint, affidavit,

and arrest warrant could compromise and jeopardize the ongoing investigation, I respectfully

request that the application, complain, affidavit, and arrest warrant be sealed until further order

of the Court.

Respectfully submitted,

Evan R. Kalaher
Special Agent
Federal Bureau of Investigation


Subscribed and sworn to before me this  11  day of May 2019


Hon. Marianne B. Bowler
United States Magistrate Judge

5